IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL RIVAS,

      Plaintiff,                    No. 2:13-cv-1060 KJN

      v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.                ORDER
_____/

      Plaintiff, who is represented by an attorney, filed his complaint without paying the applicable filing fee.[1]  Instead, plaintiff filed an application to proceed in forma pauperis. (ECF No. 3.)

      Plaintiff's declaration in support of his application to proceed in forma pauperis states that he has no dependents and that he is earning approximately $500 per week (at a rate of $8.50 per hour), which translates to approximately $26,000 per year. (ECF No. 3.)  According to the United States Department of Health and Human Services, the poverty guideline for a person with no dependents (and not residing in Alaska or Hawaii) is $11,490. See http://aspe.hhs.gov/poverty/13poverty.cfm.  Thus, with an annual income of approximately

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).

1

$26,000, plaintiff's income is more than 200% of the 2013 poverty guideline.

Presently, a filing fee of $400 is required to commence a civil action in this court. The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1). Here, while the court is sympathetic to the fact that plaintiff does not earn a substantial amount of annual income, plaintiff's declaration nonetheless shows that he earns over 200% of the 2013 poverty guideline. Thus, plaintiff has made an inadequate showing of indigency. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 3) is denied without prejudice.

2. Within 28 days of this order, plaintiff shall pay the applicable filing fee or file an amended application demonstrating his entitlement to proceed in forma pauperis if he can do so in good faith. Plaintiff's failure to pay the filing fee or file an amended application by the above deadline will result in a recommendation that plaintiff's complaint be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: June 10, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE